No. 09–11195. SHOLARS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 09–11196. JOHNSON v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11198. JACKSON v. RUSSO, SUPERINTENDENT, SOUZA-BARANOWSKI CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 09–11199. TYLER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 09–11200. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11201. SPAULDING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–11202. SEDAGHATY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11203. SCOTT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 09–11204. SCROGGINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11205. RENDA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11206. EADY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11210. COGDELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11211. SIMPSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 09–11214. BURGESS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 09–11215. SMITH v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.